UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LINDA TERRIZZI, | ) ) ) |
| Plaintiff, | ) ) Docket No. 1:21-cv-11434-AK |
| v. | ) ) ) |
| ALOFT HOTEL MANAGEMENT, INC., et al | ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Linda Terrizzi and Defendant Aloft Hotel Management, Inc., hereby stipulate to the voluntary dismissal

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

of the above-captioned action with prejudice, waiving all right to appeal, each party to bear its own costs and attorneys' fees.

DATED:  December 27, 2023

                                                Respectfully Submitted,

| Plaintiff, | Defendant, |
|---|---|
| **LINDA TERRIZZI** | **ALOFT HOTEL MANAGEMENT, INC.** |
| By her attorneys, | By its attorneys, |
| | |
| */s/ Joseph B. Simmons* | */s/ Curtis A. Berglund* |
| * *submitted with permission* | Michelle I. Schaffer, BBO #552383 |
| | Curtis A. Berglund, BBO #677093 |
| Joseph B. Simmons, BBO #684030 | Campbell Conroy & O'Neil, P.C. |
| Simons Law Office | 20 City Square, Suite 300 |
| 10 Post Office Square #800 | Boston, MA 02129 |
| Boston, MA 02109 | Tel:  617-241-3000 |
| 617-544-9000 | mschaffer@campbell-trial-lawyers.com |
| joe@jbsimonslaw.com | cberglund@campbell-trial-lawyers.com |
| | |
| Stephen B. Lavner, *pro hac vice* | |
| Lavner Law, P.C. | |
| 1233 Laura Lane | |
| North Wales, PA 19454 | |
| 215-699-1095 | |
| sblavner@lavnerlaw.com | |

## CERTIFICATE OF SERVICE

    I, Curtis A. Berglund, counsel for defendant, Aloft Hotel Management, Inc., certify that on December 27, 2023, I electronically filed the foregoing, ***Stipulation of Dismissal with Prejudice***, with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF. Said document was also sent via Electronic Mail to the following counsel of record:

Joseph B. Simmons
Simons Law Office
10 Post Office Square #800
Boston, MA 02109
joe@jbsimonslaw.com
*Counsel for Plaintiff*

Stephen B. Lavner
Lavner Law, P.C.
1233 Laura Lane
North Wales, PA 19454
sblavner@lavnerlaw.com
*Counsel for Plaintiff*

                /s/ *Curtis A. Berglund*
                Curtis A. Berglund